```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DERICK PETERSEN, on behalf of X.P.,                                    :
                                                                       :
                          Plaintiff,                                   :
                                                                       :    21 Civ. 8683 (JPC)
              -v-                                                      :
                                                                       :         ORDER
THE LANG SCHOOL, et al.,                                               :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The pro se Plaintiff in this case brings federal and state law claims against Defendants on behalf of his daughter, X.P., for expelling X.P. from the Lang School.  *See* Dkt. 1 ("Complaint") ¶¶ 14-16.  But "an individual who is not licensed as an attorney may not appear on another person's behalf in the other's cause."  *Tindall v. Poultney High Sch. Dist.*, 414 F.3d 281, 284 (2d Cir. 2005) (quotations omitted).  "It is thus a well-established general rule in this Circuit that a parent not admitted to the bar cannot bring an action *pro se* in federal court on behalf of his or her child."  *Id.*  By November 10, 2021, Plaintiff must therefore (1) amend his Complaint to bring claims on his own behalf, not his daughter's, or (2) obtain counsel to represent his daughter and notify the Court that he has obtained counsel.  If Plaintiff does not comply with this Order, the Court will dismiss this case without prejudice.

SO ORDERED.

Dated: October 27, 2021
       New York, New York                              _____
                                                              JOHN P. CRONAN
                                                           United States District Judge