UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERICK PETERSEN, on behalf of X.P.,

                Plaintiff,

-against-

THE LANG SCHOOL, et al.,

                Defendants.

21-CV-8683 (JPC)

ORDER OF SERVICE

JOHN P. CRONAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants The Lang School, the New York State Education Department, and the New York City Department of Education.[1] Plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served defendants or requested an extension of time to do so, the Court may dismiss the claims against defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   October 27, 2021
          New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge

---

[1] A plaintiff proceeding *pro se* is entitled to assistance in identifying defendants. *See Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff does not supply sufficient information to permit the "co-conspirators" to be identified.