UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DERICK PETERSEN, *on behalf of X.P.*,               :
:
Plaintiff,      :
:          21 Civ. 8683 (JPC)
-v-                                :
:                ORDER
THE LANG SCHOOL, *et al.*,                          :
:
Defendants.    :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 27, 2021, the Court directed Plaintiff that it would dismiss the case without prejudice if by November 10, 2021, he did not "(1) amend his Complaint to bring claims on his own behalf, not his daughter's, or (2) obtain counsel to represent his daughter and notify the Court that he has obtained counsel." Dkt. 3. Plaintiff has failed to comply with that order. By December 13, 2021, Plaintiff must comply with the October 27, 2021, order, or the Court will dismiss the case without prejudice without further warning. All responsive pleading deadlines are stayed until Plaintiff complies with this order. *See* Dkt. 9 (asking for extension request).

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 26, 2021
       New York, New York                       _____
                                                      JOHN P. CRONAN
                                                United States District Judge