UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
DERICK PETERSEN, *on behalf of X.P.*,              :
:
Plaintiff,          :
:        21 Civ. 8683 (JPC)
-v-                                 :
:               ORDER
THE LANG SCHOOL, *et al.*,                         :
:
Defendants.         :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has repeatedly ordered Plaintiff to "(1) amend his Complaint to bring claims on his own behalf, not his daughter's, or (2) obtain counsel to represent his daughter and notify the Court that he has obtained counsel." Dkt. 3; *accord* Dkt. 10; 14. It has warned Plaintiff that failing to comply with these orders would result in the Court dismissing the case without prejudice. *See* Dkts. 3, 10, 14. After repeatedly extending the deadline to comply, Plaintiff has still failed to comply with the Court's orders. The Court is giving Plaintiff one last chance to comply with the previous orders. By February 20, 2022, Plaintiff shall (1) amend his Complaint to bring claims on his own behalf, not his daughter's, or (2) obtain counsel to represent his daughter and notify the Court that he has obtained counsel. Absent a showing of good cause, the Court will dismiss the case without prejudice if Plaintiff does not comply with this order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 20, 2022                    _____
New York, New York                              JOHN P. CRONAN
United States District Judge